UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -6 PM 1:30

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**RICKIE WHITTINGTON**                          **JUDGMENT IN A CIVIL CASE**

**v.**

**HUD-HOUSING AUTHORITY**                       **CASE NO: 05-2090-D**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal entered on June 2, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_[signature]_
**BERNICE B. DONALD**
**UNITED STATES DISTRICT COURT**

June 6, 2005
Date

ROBERT R. DI TROLIO
Clerk of Court

_[signature]_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  6-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02090 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Rickie Whittington
P.O. Box 30972
Memphis, TN 38130

Honorable Bernice Donald
US DISTRICT COURT